UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHAUN PATRICK STEWART,
    Plaintiff,

v.                                                                Case No. 5:24-cv-492-KKM-PRL

STATE OF FLORIDA, et al.,
    Defendants.
_____

# ORDER

Shaun Patrick Stewart initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) On October 22, 2024, I entered an order dismissing Stewart's complaint for failure to timely pay the filing fee or move to proceed in forma pauperis. (Doc. 3.) On October 28, 2024, I entered an order denying Stewart's motion to proceed in forma pauperis as untimely and for failure to provide the financial documentation required by 28 U.S.C. § 1915(a)(2). (Doc. 8.) I advised Stewart that if he wishes to continue with his claim, he must file a new complaint under a new case number. (*Id.*, p. 2.)

Stewart moves for reconsideration and asks to be exempted from the requirement to provide financial documentation. (Doc. 9.) Stewart claims that jail officials refuse to provide him with the documentation required to support his motion to proceed in forma pauperis. (*Id.*, p. 1.) Stewart cannot be excused from filing an application to proceed in forma pauperis, with all the required financial documentation, if he wishes to proceed as a pauper. If Stewart requires additional time to obtain the proper financial documentation to support a motion to proceed in forma pauperis, he may file a new complaint under a new case number once he gathers the required documentation.

1. Accordingly, Stewart's Motion for Reconsideration is **DENIED**. (Doc. 9.)

**ORDERED** in Ocala, Florida, on December 3, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge